# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 8, 2022

Before
FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 21-3007 | DARYL HOLLOWAY, <br>　　　　Plaintiff - Appellant <br><br> v. <br><br> CITY OF MILWAUKEE, et al., <br>　　　　Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:19-cv-01460-LA <br> Eastern District of Wisconsin <br> District Judge Lynn Adelman ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**　　(form ID: **132**)